IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN USA, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 19-1727-RGA |
| | : | |
| AUROBINDO PHARMA LTD., et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

The parties have presented a dispute about the protective order. (D.I. 96). I reviewed the letter summarizing the positions of both parties. I am struck by two things. One, this is a close issue that could go either way, as evidenced by brief orders entered by Judges Stark, Connolly, Sleet, and Burke. Two, Defendants present evidence that I have also ruled on the issue before. (*Id*. at Exh. 2, ¶ 16(vi)). Plaintiff does not mention my ruling.

Urban legend has it that one of my predecessors said he is not bound by his own prior decisions. But I have also heard many times that lawyers believe that predictability in a judge is a really good thing. Thus, since it seems to me that the considerations here are no different than they were in the prior case, I should make the same ruling here.

Thus, I adopt Defendants' position. I will sign a protective order submitted in conformity with that ruling.

So ordered this 20th day of July 2020.

                                                                                                                                    __/s/ Richard G. Andrews____
                                                                                                                                     United States District Judge