IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED COMPANY and EDEN BIODESIGN, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED and ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-1727 (RGA)<br>(Consolidated) |

## STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule in these consolidated cases is modified as set forth in the table below:

| Deadline | Current Dates | Modified Dates |
|---|---|---|
| Completion of fact discovery | January 14, 2022 | February 18, 2022[1] |
| Opening expert reports for party with the initial burden of proof | February 24, 2022 | March 17, 2022 |
| Opposing expert reports | April 7, 2022 | April 28, 2022 |
| Reply expert reports | May 5, 2022 | May 26, 2022 |
| Expert depositions complete | June 30, 2022 | Unchanged |
| Parties to submit joint letter with competing proposals for length and format of trial | July 6, 2022 at 9:00 am | Unchanged |

---

[1] The extension of the fact discovery deadline is made only for the purpose of completing already served discovery. Neither side shall serve additional discovery requests or notice additional fact depositions absent a showing of good cause.

| Deadline | Current Dates | Modified Dates |
|---|---|---|
| Status conference with counsel to discuss length and format of trial (Subject to Court's availability and approval) | July __, 2022 | N/A |
| Opening *Daubert* motions | July 14, 2022 | Unchanged |
| Oppositions to *Daubert* motions | August 8, 2022 | Unchanged |
| Replies to Oppositions to *Daubert* motions | August 26, 2022 | Unchanged |
| Joint proposed pre-trial order | October 11, 2022 at 5:00 pm | Unchanged |
| Rule 16(e) final pretrial conference | October 21, 2022, at 8:30 am | Unchanged |
| Trial | November 7, 2022, at 8:30 am | Unchanged |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs Allergan USA, Inc., Allergan Holdings Unlimited Company and Eden Biodesign, LLC*

KRATZ & BARRY LLP

*/s/ R Touhey Myer*

R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ *Richard C. Weinblatt* | /s/ *Dominick T. Gattuso* |
| Stamatios Stamoulis (#3726)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *Attorneys for Defendant Sun Pharmaceutical Industries Limited* |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Pilar G. Kraman* |
| | Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com |
| | *Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.* |

January 14, 2022

       SO ORDERED this _____ day of January, 2022.

                                                United States District Court Judge