IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED COMPANY and EDEN BIODESIGN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | C.A. No. 19-1727 (RGA)<br>(Consolidated) |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

IT IS HEREBY STIPULATED by Allergan USA, Inc., Allergan Holdings Unlimited Company, and Eden Biodesign, LLC ("Plaintiffs") and MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. ("MSN"), subject to the approval of the Court, that the deadline for service of opening expert reports for the party with the initial burden of proof will be extended from March 17, 2022, to March 28, 2022, solely as to Plaintiffs' service of such expert reports on MSN. All other dates in the schedule shall remain the same, including the deadline for service of opening expert reports for the party with the initial burden of proof, as to MSN.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Richard C. Weinblatt* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs Allergan USA, Inc., Allergan Holdings Unlimited Company and Eden Biodesign, LLC* | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* |

February 22, 2022

SO ORDERED this _____ day of February, 2022.

_____
United States District Court Judge